UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| HEIDI A. RUSSO, | ) | CHAPTER 13 |
| Debtor. | ) | CASE NO. 18-11445-MSH |
| | ) | |

**DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**

NOW COMES Debtor, Heidi A. Russo, and moves this Honorable Court for an order

dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b) and states as

follows:

1.      On April 23, 2018, Debtor commenced the above-entitled case by the filing of a

voluntary petition under chapter 13 and has not been converted under 11 U.S.C. § 706.

2. There are no pending motions or motions for relief.

3. No party will be prejudiced by the dismissal.

WHEREFORE, the Debtor, Heidi A. Russo, respectfully requests that this Honorable

Court order the dismissal of her Chapter 13 case and grant such other relief deemed just and

proper.

Respectfully submitted,
On behalf of the Debtor, Heidi A. Russo,
By her attorney,

/s/Jenny Louise Proulx
Jenny Louise Proulx, BBO# 645667
Proulx Law Offices
1087 Elm Street, Suite 223
Manchester, NH 03101
(603) 731-3965 / (617) 335-8145
jenny@jplaw.me

CERTIFICATE OF SERVICE

I, Jenny Louise Proulx, herein certify that on May 31, 2018, I electronically filed the foregoing DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE and served the pleading by:

By ECF:

Carolyn Bankowski-13-12
13trustee@ch13boston.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV


By First Class Mail:

BayState Auction Company, Inc.
55 Middlesex St # 212
North Chelmsford, MA 01863

Brian Linehan, Esquire
Doonan, Graves & Longoria, LLC
100 Cummings Center Suite 225D
Beverly, MA 01915

Ditech Financial, LLC
P.O. Box 6172
Rapid City, South Dakota 57709

Ditech Financial, LLC
P.O. Box 7153
Pasedena, CA 91109-7153

Doonan, Graves & Longoria, LLC
100 Cummings Center Suite 225D
Beverly, MA 01915

GMACM Home Equity Loan Trust
2005-HE1
8400 Normandale Lake Blvd., Suite 250
Minneapolis, MN 55437

Kohl's
P.O. Box 3043

Milwaukee, WI 53201-3043"

Kohl's Payment Center
P.O. Box 2983
Milwaukee, WI 53201-2983

Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851

Ocwen Loan Servicing, LLC
P.O. 24738
West Palm Beach, FL 33416

Ocwen Loan Servicing, LLC
P.O. 660264
Dallas, TX 75266-0264

Ocwen Loan Servincing, LLC
P.O. Box 6723
Springfield, OH 45501-6723

Ocwen Loan Serving, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

OneWest Bank
75 North Fair Oaks Avenue
Pasedena, CA 91103

OneWest Bank Mortgage Servicing
P.O. Box 4045
Kalmazoo, MI 49003-4045

OneWest Mortgage Servicing
2900 Esperanza Crossing, OneWest 99
Austin, TX 78758

Patrick D. Beaton, Esquire
Doonan, Graves & Longoria, LLC
100 Cummings Center Suite 225D
Beverly, MA 01915

Reneau Jean Longoria, Esq.
Doonan, Graves & Longoria, LLC
100 Cummings Center Suite 225D

3

Beverly, MA 01915

Specialized Loan Servicing, LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129

Specialized Loan Servicing, LLC
P.O. Box 636007
Littleton, CO 80163-6007

Susan W. Cody, Esquire
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306-0335

Wells Fargo
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo, N.A.
1 Home Campus, MAC X2401-049
Des Moines, IA, 50328

Wells Fargo, N.A.
101 North Phillips Avenue
One Wachovia Center
Sioux Falls, SD 57104

/s/Jenny Louise Proulx